IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA SHARP                                                                                    PLAINTIFF

v.                                    CIVIL NO. 2:18-cv-2078-MEF

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                              DEFENDANT

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

On April 26, 2018, an order issued denying the Plaintiff's application for leave to proceed in forma pauperis in this action. (ECF No. 9). The order directed Plaintiff to pay the $400.00 filing fee by May 29, 2018, or the action would be dismissed. To date, the Plaintiff has not paid the filing fee. Accordingly, dismissal of the action is appropriate, as the Plaintiff has failed to comply with a court order. FED. R. CIV. P. 41(b).

The clerk of court is hereby directed to dismiss Plaintiff's case without prejudice.

DATED this the 1st day of June, 2018.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE